# EXHIBIT 3

```
                TARRANT COUNTY DISTRICT CLERK'S OFFICE        Page:      1
                   ALL IMAGED TRANSACTIONS FOR A CASE         Date: 08/04/2021
                                                              Time: 10:49
-------------------------------------------------------------------------------
                 Cause Number: 348-326390-21    Date Filed: 07/07/2021
     SHEMILY ORTIZ                         v      AETNA LIFE INSURANCE COMPANY
                                           s
         Cause of Action: CONTRACT, CONSUMER/DTPA
         Case Status....: PENDING
-------------------------------------------------------------------------------
     Filemark   Description                                            Fee Total
-------------------------------------------------------------------------------
     07/07/2021  PLTF'S ORIG PET                                  NI      289.00
     07/07/2021  CIT-ISSUED ON AETNA LIFE INSURANCE COMPANY-On    NUI       8.00
-------------------------------------------------------------------------------
     Total Number Of Records Printed:    2
```